# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134456 & (21)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LUS ANDRES YBARRA,
      Defendant-Appellant.

SC: 134456
COA: 276803
Lenawee CC: 95-006443-FC

_____/

On order of the Court, the application for leave to appeal the May 31, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

_____
Clerk

d1217